UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUCIEN HARTLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-0576** |
| **TERREBONNE PARISH SHERIFF, ET AL.** | **SECTION "A"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** claims of Lucien Hartley brought pursuant to Title 42 U.S.C. § 1983 against the Defendants, Terrebonne Parish Sheriff and the Thibodaux Police Department, are **DISMISSED WITH PREJUDICE** as frivolous pursuant to Title 28 U.S.C. § 1915(e)(2), § 1915A and Title 42 U.S.C. § 1997e.

May 7, 2009

_____
**UNITED STATES DISTRICT JUDGE**